M. ADELAIDE GRISWOLD, Respondent, *v.* EDWARD EDEN, Appellant.

APPEAL from an order denying motion to vacate service of the summons.

J. B. Hands, for appellant.

G. A. Heaney, for respondent.

SCHUCHMAN, J. Order appealed from " denying motion to vacate and set aside the service of the summons herein, and the judgment entered herein on October 21, 1896, and all the proceedings taken thereon," is affirmed, with costs.

VAN WYCK, Ch. J., and McCARTHY, J., concur.

Order affirmed, with costs.

---

HEYMAN MANASHA, Respondent, *v.* THE ROYAL BENEFIT SOCIETY, Appellant.

APPEAL from judgment in favor of plaintiff and from order denying motion for a new trial.

J. C. De la Mare, for appellant.

Mashbir & Cukor, for respondent.

*Per Curiam.* Judgment and order affirmed, with costs.

Present: VAN WYCK, Ch. J., SCHUCHMAN and McCARTHY, JJ.

Judgment and order affirmed, with costs.